IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NORFOLK DIVISION



UNITED STATES OF AMERICA

v.

CRAIG L. JORDAN

Case No. 2:25 mj 101
Court Date: August 6, 2025

CRIMINAL INFORMATION

COUNT ONE
(Misdemeanor) - Violation No. 09911526

THE UNITED STATES ATTORNEY CHARGES:

That on or about May 16, 2025, at Norfolk Naval Shipyard, Portsmouth, Virginia, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia, the defendant, CRAIG L. JORDAN, did willfully violate a defense property security regulation: Chief of Naval Operations Instruction 5530.14E, to wit: transporting and introducing a firearm onboard a United States Navy installation without proper authorization.

(In violation of Title 50, United States Code, Section 797 and Chief of Naval Operations Instruction 5530.14E.)

Respectfully submitted,

Erik S. Siebert
United States Attorney

By: *Ashley Young*

Ashley J. Young
Special Assistant U.S. Attorney
U.S. Attorney's Office
101 West Main Street, Suite 8000
Norfolk, VA  23510
Ph: (757) 441-6712
Fax: (757) 441-3205
ashley.young@usdoj.gov

CERTIFICATE OF MAILING

    I hereby certify that on the date indicated below, I caused a true and correct copy of the foregoing Criminal Information to be mailed, postage prepaid, to the defendant in the above-styled case.

*Ashley Young*
_____
Ashley J. Young
Special Assistant U.S. Attorney
U.S. Attorney's Office
101 West Main Street, Suite 8000
Norfolk, VA  23510
Ph: (757) 441-6712
Fax: (757) 441-3205
ashley.young@usdoj.gov


3 June 2025
_____
Date